**Magdi HAFEZ, Appellant,**

v.

**METROPOLITAN AIRPORTS COMMISSION; Airport Police, Appellees.**

No. 00–3868.

United States Court of Appeals, Eighth Circuit.

Submitted July 24, 2001.

Decided Aug. 16, 2001.

Before HANSEN, FAGG, and BEAM, Circuit Judges.

PER CURIAM.

Magdi Hafez appeals the district court's[1] grant of defendants' motion for summary judgment, and its denial of his motion for reconsideration. Having carefully reviewed the former de novo and the latter for abuse of discretion, we affirm the judgment of the district court. *See* 8th Cir. R. 47B. We grant appellees' motion to exclude Hafez's exhibits which were not presented to the district court.

A true copy.

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.